UNITED STATES DISTRICT COURT

FOR THE EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNES KETZLER and NIKO GROTH, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT ROYAL FAUCHER, and DOES 1 to 100, inclusive <br><br> Defendant. | No. 1:20-CV-00430-JLT <br><br> **[PROPOSED] ORDER RE: JOINT STIPULATION FOR AMENDMENT TO THE SCHEDULING ORDER** <br><br> (Doc. 24) |

Based upon the stipulation of the parties, the Court **ORDERS** the scheduling order amended as follows:

1. The parties **SHALL** complete all non-expert discovery **no later than May 19, 2021**;
2. The parties **SHALL** disclose their experts **no later than June 2, 2021** and any rebuttal experts no later than June 30, 2021. The parties **SHALL** complete all expert discovery **no later than August 2, 2021**;

///

///

///

1

3. The parties **SHALL** file any non-dispositive motions **no later than August 17, 2021** to be heard **no later than September 21, 2021**.

All other dates and deadlines remain unchanged. **The Court does not anticipate granting another request to amend the case schedule.**

IT IS SO ORDERED.

Dated: **March 19, 2021**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE