UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNES KETZLER and NIKO GROTH,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ROYAL FAUCHER, and DOES 1 to 100, inclusive<br><br>Defendant. | No. 1:20-CV-00430-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>(Doc. 26) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 26) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than November 1, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **September 8, 2021**           _ **/s/ Jennifer L. Thurston**
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28