UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNES KETZLER and NIKO GROTH, | No. 1:20-CV-00430-JLT |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE THE DISMISSAL DOCUMENTS** |
| v. | |
| ROBERT ROYAL FAUCHER, and DOES 1 to 100, inclusive | (Doc. 28) |
| Defendant. | |

The parties report that Johannes Ketzler and the defendant have not yet agreed upon the settlement terms but believe they may do so by January 3, 2022. (Doc. 28) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than January 3, 2022**;

IT IS SO ORDERED.

Dated:   **November 1, 2021**            _ **/s/ Jennifer L. Thurston**
                                       CHIEF UNITED STATES MAGISTRATE JUDGE